IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| CHRISTOPHER STRANEY § | |
| § | |
| § | |
| v. § | CIVIL ACTION NO. 1:22-CV-00001 |
| § | JUDGE MICHAEL J. TRUNCALE |
| § | |
| KATHLEEN H. SAWYER, et al. § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Christopher Straney, an inmate at the Federal Correctional Complex in Beaumont, Texas, proceeding *pro se*, brought the above-styled lawsuit.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to the applicable law and the orders of this Court. The magistrate judge recommended denying plaintiff's motions for injunctive relief (ECF Nos. 2 and 3).

The Court has received and considered the Report and Recommendation of the United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings, and all available evidence. A copy of the report and recommendation was mailed to plaintiff at the address provided to the Court, but was returned as undeliverable. Plaintiff has provided the court with no other address at which to contact him. No objections to the Report and Recommendation of the United States Magistrate Judge have been filed.

## O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED.**

It is therefore **ORDERED** that plaintiff's motions for injunctive relief are **DENIED.**

**SIGNED this 26th day of July, 2022.**

_____
Michael J. Truncale
United States District Judge